PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

**District of South Carolina**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Lee Watson Case Number: 92-143-05

Name of Sentencing Judicial Officer: The Honorable Henry M. Herlong, Jr.

Date of Original Sentence: March 1, 1993

Original Offense: Distribution of Cocaine Base

Original Sentence: 151 months custody, 3 years supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: April 12, 2004

Assistant U.S. Attorney: William C. Lucius Defense Attorney: Albert V. Smith

---

**PETITIONING THE COURT**

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Use of illegal drugs:** The defendant used and possessed illegal drugs as evidenced by positive drug tests for marijuana on June 2, 2004, January 19, 2005, March 25, 2005, April 20, 2005, April 27, 2005, May 4, 2005, May 11, 2005, May 19, 2005, May 25, 2005, and June 1, 2005. |

Prob 12C
(Rev. 12/04)



I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-17-05

/s/ Michael A. Roberts
Michael A. Roberts
U.S. Probation Officer

Reviewed and Approved By:

/s/ Eric D. Sullivan
Eric D. Sullivan
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

- [ ] No action.
- [x] The issuance of a warrant.
- [ ] The issuance of a summons.
- [ ] Other

Henry M. Herlong Jr.
United States District Judge

6/22/05
Date