Clerk's Office Use Only

RECEIVED

2005 JUN 27 P 12:35

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

UNITED STATES OF AMERICA

vs.

JERRY LEE WATSON

**WARRANT FOR ARREST**

CASE NUMBER: 6:92cr143

RECEIVED USDC CLERK, GREENVILLE, SC

2005 AUG 29 P 1:18

6-92-143-HMH-5

RECEIVED U.S. MARSHALS COLUMBIA, S.C. 05 JUN 29 AM 10:38

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JERRY LEE WATSON and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ **Indictment**
- ☐ **Information**
- ☐ **Complaint**
- ☐ **Order of Court**
- ☐ **Violation Notice**
- ■ **Probation/Supervised Release Violation Petition**

charging him or her with violation of conditions of supervision

Larry W. Propes
Name of Issuing Officer

Clerk
Title of Issuing Officer

s/ S. Flanders
By: Deputy Clerk

June 24, 2005 Greenville, SC
Date and Location

Bail, if any, to be set by Judge before whom defendant initially appears.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Greenville, SC | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 8/23/05 | Roddy Ducket, DUSM | by: [signature] |