Hon. Henry M. Herlong, Jr.
**NOVEMBER TERM**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

# NOTICE OF
## *JURY SELECTION*
## *PRE-TRIAL CONFERENCE*
## *PLEA HEARING*

**PLEASE TAKE NOTICE** that the following cases, which are assigned to the **Honorable Henry M. Herlong, Jr.**, U.S. District Judge, will be scheduled for **JURY SELECTION** on **Tuesday, November 1, 2005** at 9:30 a.m. in the 3rd Floor Courtroom, Clement F. Haynsworth Federal Building., 300 E. Washington St., Greenville, S.C.

**Jury questionnaires** will be available for purchase through ***Aim Mail Centers***. Pursuant to amended local rule 47.02, requests must be made by submitting the required form to the Greenville Clerk's Office no later than 5:00 pm on **Friday, October 21, 2005.** Original questionnaires will be available for review in the Clerk's Office in Greenville after **October 24, 2005.** The jury list will be available seven (7) working days before the jury selection date.

PURSUANT TO LOCAL RULES 47.04 AND 26.05(o), **at least ONE (1) WEEK prior to jury selection, counsel shall submit his or her list of voir dire questions and requests for jury instructions to the court with copies to opposing counsel. If the requests for voir dire and jury instructions are not timely submitted, counsel shall have waived the right to submit written voir dire questions and written jury instructions.**

If your case is going to trial and you did not participate in electronic courtroom training when it was offered, it is YOUR responsibility to contact the court clerk for information regarding use of the electronic courtroom PRIOR TO TRIAL. It is not possible to be trained the morning of trial.

# NOTICE OF PRE-TRIAL CONFERENCE

These cases have also been scheduled for Pre-trial Conference on **Tuesday, October 18, 2005 at 9:30 a.m.** in the 3rd Floor Courtroom before the **Honorable Henry M. Herlong, Jr.**, Haynsworth Federal Building, 300 E. Washington St., Greenville, S.C..

ALL ATTORNEYS AND DEFENDANTS ARE REQUIRED TO BE PRESENT UNLESS EXCUSED BY THE COURT, OR SANCTIONS WILL BE IMPOSED.

EACH ATTORNEY IS REQUIRED TO CONFER WITH THE UNITED STATES ATTORNEY'S OFFICE AND REVIEW THE DISCOVERY MATERIAL ***BEFORE*** THE PRE-TRIAL CONFERENCE.

Final date for filing motions is: **Tuesday, October 11, 2005**

The following motions will be addressed at the Pre-Trial Conference:

1. Motion for change of plea. **All plea bargaining must be complete prior to the Pre-Trial Conference.**
2. Continuance motions pursuant to Title 18, U.S. Code, Section 3161(h).
3. **All other timely filed motions**, including motions to suppress, dismiss, etc.

All discovery motions should be in compliance with 12.02 of the Local Rules.

**AS MOTIONS ARE RESOLVED, COUNSEL ARE *REQUIRED* TO INFORM SHEILA FLANDERS IN THE CLERK'S OFFICE AT 241-2710.**

## NOTICE OF CHANGE OF PLEA HEARING

**PLEASE TAKE NOTICE** that the **PLEA HEARING** for any defendant who wishes to enter a **Plea of Guilty** will be held **throughout the day of the pretrial conference** on Tuesday, October 18, 2005.

**IF A PLEA AGREEMENT IS TO BE FILED, IT SHOULD BE ELECTRONICALLY FILED PRIOR TO 12:00 NOON ON Friday, October 14.**

**Email Penalty and Element sheets to Sheila Flanders in the Clerk's office prior to the pretrial conference day.**

At the direction of the Court
LARRY W. PROPES, CLERK

Beginning Monday, November 1, 2004, the Clerk's Office ceased notification of criminal defendants and sureties of a hearing. Attorneys representing criminal defendants shall notify their clients and all sureties for your clients of all hearings.

**PRETRIAL CONFERENCES:**

| | | |
|---|---|---|
| 6:04cr601 | Donna Marie Bobb<br>Bond | David C Stephens, AUSA<br>Janis R. Hall, Appt. |
| 7:05cr253-1 | John Gregory McKoy, Jr.<br>**CUSTODY** | Regan Pendleton, AUSA<br>Bradley Bennett, Appt. |
| 7:05cr253-2 | Derrick Sean Feaster<br>Bond | Regan Pendleton, AUSA<br>Michael MacKinnon, Appt. |
| 7:05cr253-3 | Varlantra Tyron Wilkins<br>**CUSTODY** | Regan Pendleton, AUSA<br>Andrew Johnston, Ret. |
| 7:05cr253-4 | Marielena Ledy Martinez<br>Bond | Regan Pendleton, AUSA<br>Stephanie Rainey, Appt. |
| 7:05cr253-5 | Michele Wilkins<br>Bond | Regan Pendleton, AUSA<br>Fletcher Smith, Ret. |

Hon Henry M Herlong, Jr.
**NOVEMBER TERM**

| | | |
|---|---|---|
| 6:05cr416-1 | Ramona Obera Tucker<br>**CUSTODY** | David Stephens, AUSA<br>James Loggins, AFPD |

*defendant was on medical exam and on way back to district*

| | | |
|---|---|---|
| 8:05cr524-2 | Earnest Mordeau Deas<br>**CUSTODY** | Regan Pendleton, AUSA<br>David Plowden, AFPD |
| 8:05cr524-3 | William James Lowery, III<br>**CUSTODY** | Regan Pendleton, AUSA<br>Andrew Johnston, Ret. |
| 6:05cr619-6 | Johnnie Allen Boiter<br>**CUSTODY** | David Stephens, AUSA<br>Shawn M Campbell, Appt. |
| 6:05cr619-8 | Willie Allen Boiter<br>**CUSTODY** | David Stephens, AUSA<br>Oshun Cyrus Hinton, Appt. |
| 6:05cr619-9 | Mary Annette Brown<br>Bond | David Stephens, AUSA<br>O.W. Bannister, Ret. |
| 6:05cr619-13 | Phillip Elvin Cole<br>Bond | David Stephens, AUSA<br>Randall S Hiller, Appt. |

Hon Henry M Herlong, Jr.
**NOVEMBER TERM**

| | | |
|---|---|---|
| 6:05cr619-17 | Jason William Johnson<br>Bond | David Stephens, AUSA<br>Billy Long, Appt. |
| 6:05cr619-18 | Diane Renee Manley<br>**CUSTODY** | David Stephens, AUSA<br>Andrew Johnston, Appt. |
| Defendant is on medical exam | | |
| 6:05cr619-20 | Tammy Renee Moore<br>**CUSTODY** | David Stephens, AUSA<br>Frank Eppes, Appt. |
| 6:05cr619-22 | Wanda Denise Patterson<br>**CUSTODY** | Chase Harbin, Appt. |
| 6:05cr619-29 | David Bennett Slone<br>**CUSTODY** | William T. Clarke, Appt. |
| Misdemeanor information to be filed Friday 10/7 | | |
| 6:05cr619-32 | Sandy Diane Staggs<br>**CUSTODY** | David Stephens, AUSA<br>James Loggins, AFPD |
| 6:05cr619-34 | Rita Thompson<br>Bond | David Stephens, AUSA<br>Matthew Kappel, Ret. |

Hon Henry M Herlong, Jr.
**NOVEMBER TERM**

**VIOLATION HEARINGS:**

| | | |
|---|---|---|
| 6:92cr143-5 | Jerry Lee Watson<br>**CUSTODY** | Will Lucius, AUSA<br>James Loggins, AFPD |
| 8:03cr579-1 | Jeremy Campbell<br>**CUSTODY** | Max Cauthen, AUSA<br>Ben Stepp, AFPD |